In re Martin, Joseph; — Plaintiff; Applying for Supervisory and/or Remedial Writ, Parish of Orleans, Criminal District Court Div. A, Nos. 381-954; to the Court of Appeal, Fourth Circuit, No(s). 99-K-1018, 97-K-2081.
Denied. Relator has evidently not filed his claims, see State ex rel. Martin v. State, 98-1106 (La.9/18/98), 724 So.2d 745; State ex rel. Martin v. State, 99-1943 (La.11/19/99), 749 So.2d 671, in the district court, as La.C.Cr.P. art. 926(A) requires. Cf. La.C.Cr.P. art. 930.4(D).
JOHNSON, J., not on panel.